UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>JOHN DOE,<br><br>                    Defendant. | 23-CV-11225 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

      This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, in particular the restrictions set forth in the February 2, 2024, order. *See* ECF No. 15.

      In a status letter filed April 1, 2024, Plaintiff states that it expects to receive a response to its third-party subpoena by June 17, 2024. *See* ECF No. 18. Plaintiff shall file a further status letter by **June 21, 2024.**

      SO ORDERED.

Dated: April 16, 2024
       New York, New York

                                                        DALE E. HO
                                                        United States District Judge